■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE OSHINOWO, Appellant. [64 NYS3d 547]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald A. Zweibel, J. at plea; Mark Dwyer, J. at sentencing), rendered October 20, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unani-

mously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Andrias and Gesmer, JJ.